# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA TERESA RIVERA; HECTOR RIVERA MELENDEZ; IVAN RIVERA MELENDEZ; RENE RIVERA MELENDEZ; SAUL RIVERA MELENDEZ<br><br>    Plaintiffs,<br><br>        v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY; ACE INSURANCE COMPANY; ABC INSURANCE COMPANY<br><br>    Defendants. | CIVIL NO. 16-2353(ADC)<br><br><br><br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL

COME NOW plaintiffs, through the undersigned attorneys, and, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss without prejudice, their claims against defendant Ace Insurance Company.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 15th day of December, 2016.

I hereby CERTIFY that on this same date I filed the instant Notice with this Honorable Court using its CM/ECF system which will notify it to all attorneys of record in this case.

/s/ Jose Luis Ubarri
José Luis Ubarri
USDC-PR #127209
**UBARRI & ROMAN LAW OFFICE**
Caribbean Office Plaza
670 Ponce de León Ave.
Suite 206

San Juan, P.R 00907
Tel: (787) 945-5900
Fax: (787) 945-5902
Email: jlubarri@ubarri-romanlaw.com